DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDWARD BENJAMIN COOK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3405

_____

September 2, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Michelle Sisco, Judge.

Edward Benjamin Cook, pro se.

PER CURIAM.

    Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.